No. 99–1030.  CITY OF INDIANAPOLIS ET AL. *v.* EDMOND ET AL. C. A. 7th Cir.  Certiorari granted.

No. 99–901.  BRENTWOOD ACADEMY *v.* TENNESSEE SECONDARY SCHOOL ATHLETIC ASSN. ET AL.  C. A. 6th Cir.  Motion of Memphis University School et al. for leave to file a brief as *amici curiae* granted.  Motion of petitioner for summary reversal denied.  Certiorari granted.

No. 98–1887.  NORTH CAROLINA RIGHT TO LIFE, INC., ET AL. *v.* BARTLETT, EXECUTIVE SECRETARY-DIRECTOR, NORTH CAROLINA BOARD OF ELECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–1976.  FIREMAN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 99–128.  ALASKA CIVIL LIBERTIES UNION *v.* ALASKA. Sup. Ct. Alaska.  Certiorari denied.

No. 99–418.  LAGUERRE ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–570.  LAWRENCE AVIATION INDUSTRIES, INC. *v.* HERMAN, SECRETARY OF LABOR, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–629.  WHITE *v.* LACHANCE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 99–672.  BLANKENSHIP *v.* McDONALD, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–694.  JOHNSON, DBA F. C. JOHNSON CONSTRUCTION CO. *v.* HERMAN, SECRETARY OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari denied.